UNITED STATES of America,
Plaintiff–Appellee,

v.

Oscar J. PEREZ, Defendant–Appellant.

No. 90–4149.

United States Court of Appeals,
Tenth Circuit.

Aug. 24, 1992.

Before McKAY, Chief Judge, LOGAN, SEYMOUR, MOORE, ANDERSON, TACHA, BALDOCK, BRORBY, EBEL, KELLY, Circuit Judges and SPARR,* District Judge.

ORDER

Upon consideration of the government's petition for rehearing with suggestion for rehearing en banc and the appellant's response:

The petition for rehearing is denied by the panel that rendered the decision sought to be reheard.

In accordance with Fed.R.App.P. 35(b), the clerk transmitted the suggestion for rehearing en banc to members of the panel and to all other judges of the court in regular active service. A vote was taken and pursuant thereto the court grants rehearing en banc of those issues raised in the government's petition.

Oral argument on rehearing en banc is set for Tuesday, September 29, at 2:30 p.m. in the United States Courthouse, Denver, Colorado.